UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

In re: Casandra T. Ferrell    Chapter 13
      Debtor    Case No. 10-62918

**ORDER WITHDRAWING TRUSTEE'S OBJECTION TO CLAIM**

It is ORDERED that the Trustee's objection to claim #17 and the same is hereby withdrawn without prejudice.

It is further ORDERED that the Trustee shall forthwith send a copy of this Order to the David Cox, Atty. 900 Lakeside Drive, Lynchburg, VA 24501, Ray's Auto, 3217 Ringgold Depot Road, Ringgold, VA 24586, M. Ray Lacy, 12417 Lacy Lane, Culpeper, VA 22701, and Casandra T. Ferrell, 2151 Wilson Memorial Trail, Vernon Hill, VA 24597.

Entered: April 15, 2011

_____
The Honorable William Anderson, Jr.
United States Bankruptcy Judge

Requested:

/s/ Rebecca B. Connelly, Trustee
Rebecca B. Connelly, Trustee
Pamela F. Logan, Counsel
Office of the Chapter 13 Trustee
P.O. Box 1001
Roanoke VA 24005
(540)-342-3774